IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Lubbock__ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 5 2023
CLERK, U.S. DISTRICT COURT
By _____ Deputy

__Edrick Jamar Dunn #1896514__
Plaintiff's Name and ID Number

"Jury Trial Requested"

__Polunsky Unit, TDCJ-ID__
Place of Confinement

5-23CV-140-H
CASE NO. _____
(Clerk will assign the number)

v.

__Jim Bob Darnell, Barbara Sucsy, Sara L Smith__
Defendant's Name and Address

"42 U.S.C § 1983"

__Lubbock County Courthouse, P.O. Box 10536__
Defendant's Name and Address

and

__901 Broadway, Lubbock, Tx 79457 79408__
Defendant's Name and Address
(DO NOT USE "ET AL.")

"42 U.S.C. § 1985(3)"

"__Individual and Official Capacities__"

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: July 24TH, 12; October 15TH, 15; July 1st, 22; 20TH, 23 x 2

        2. Parties to previous lawsuit:
        Plaintiff(s) Edrick Jamar Dunn
        Defendant(s) Prayer Ellis, John Lofton x 2; Jim Bob Darnell, Sara L. Smith / Barbara Sucsy

        3. Court: (If federal, name the district; if state, name the county.) Northern District

        4. Cause number: N/A

        5. Name of judge to whom case was assigned: Sam Cummings / James Wesley Hendrix

        6. Disposition: (Was the case dismissed, appealed, still pending?) Dismissed.

        7. Approximate date of disposition: Aug 17TH, 12; Sep 19TH, 16 and Feb. 13TH, 23 x 2

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Polunsky Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES: N/A

Have you exhausted all steps of the institutional grievance procedure?     ___ YES   ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Edrick Jamar Dunn, 3872 FM 350 S., Livingston, TX 77351

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Jim Bob Darnell, District Court Judge, Lubbock County Courthouse, P.O. Box 10536, 904 Broadway, Lubbock, TX ~~79457~~ 79408

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Disobedience of Writ of Habeas Corpus, Conspiracy and "RELATED CLAIMS p.4".

Defendant #2: Barbara Sucsy, District Clerk, Lubbock County Courthouse, P.O. Box 10536, ~~904 Broadway~~, Lubbock, TX ~~79457~~ 79408

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Conspiracy, Official Misconduct, Official Oppression, Obstruction of Justice and Defamation of United States Constitution/Civil Rights and more.

Defendant #3: Sara L. Smith, District Clerk, Lubbock County Courthouse, P.O. Box 10536, ~~904 Broadway~~, Lubbock, TX ~~79457~~ 79408

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Conspiracy, Official Misconduct, Official Oppression, Obstruction of Justice and Defamation of United States Constitution/Civil Rights and more.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On, April 26TH, 2017, the TCCA, ordered second process, after, reversible error, occurred, in the initial habeas proceeding, WR-83,930-02, when, Jim Bob Darnell, abused his discretion, on, February 21st, 2017, by, denying, initial recusal motion, without refferal, and, again, on, March 20TH, 2017, in, making "Findings of Fact and Conclusions of Law", before, proper disposition was made regarding that motion. In part, of, the second process, the TCCA, ordered, that, "the trial court was to resolve the fact issues of the application within 30 days." Darnell's recusal, in, foresight, was, contemplated in the event of a subsequent filing, in, accordance, to procedure, as, "equity follow the law" - everything done, in, hindsight, after, the date listed above was considered void. Upon the initial filing subject matter jurisdiction, was, called into question.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Redress. Damages inclunding both compensatory and punitive. Declaratory Relief, Equitable Relief and any other relief the plaintiff is constitutionally entitled including but not limited to accounting, temporary restraining orders, preliminary injunctions and possibly final injunctions.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Edrick Dunn

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1379853 and 1896519

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

Rev. 05/15

4

## V. STATEMENT OF CLAIM:

TCCA ORDER, equally protected, PLAINTIFF, from future injury, however, Darnell, chose to continue rebellion. Permissively, On May 22nd, 2017, the, second recusal motion, was filed, and, On May 25th, 2017, it, was denied, in, disobedience, of, equitable interest, and, authorative order, and, furthermore, in, confliction, of, intervention, investment and interpleader, which, issued, in, compliance, of, the, supervising authority, as, "Order of Assignment", On May 5th, 2017. Kelly G. Moore, assigning, himself, to, State Habeas Judge, by, operation of law, which, the, law of recusal, became, the, "law of the case", as of the date of, the, "Final-Collateral Order", causing, not only, a, protected, "security interest" but also a "Quasi, Implied or Constructive Contract" between the parties. On May 9th, 2017, Moore, did, deny, initial recusal motion, however, in, formality, the, judgement, of, TCCA, supersedes, the, preceding denial, and, permits, the, "Process", as, "Due", with the possibility of, a, second recusal motion, to, be enjoyed, by, applicant, but, Darnell, chose, to, obstruct justice, stop transffer, and, "illegally restrain", the, PLAINTIFF, beginning from May 28th, 2017. Supplemental Record Number Four, "Index Sheet", specifies, "State Habeas Judge" - "Kelly G. Moore By Assignment", implying recusal and giving rise, to, "Due Process", in, "resolving the fact issues of the application within 30 days." No "avoidance", is, afforded, "Payment", is, "Due". Injury has continued through the date of this filing.

Evenmoreover, and, more, malicious, by, reason, of, "COVERING", the above, Darnell, as, judgement debtor, decided, to, lead, two, of his, underparts, in, a, "CONSPIRACY", against, PLAINTIFF, including the, contemplation, of, actions or inactions, stated, in, the following:

> "(1) Denying second motion of recusal, in, contravention, of, the, interlocutory or prospective injunctive relief posted in court; (2) Concealing the second denial order; (3) preventing the purchase of the recusal motion and order with the purpose of discrediting proper presentation of claims to "redress grievances" incorporating evidence to support claims in future litigation; (4) deny "Access to Courts", and (5) deny "Due Process",....

mysteriously, after, the, "WRIT ISSUED", Barbara Sucsy, never, sent, DUNN, the, second denial order, however, she, sent a copy of the, initial denial order, which, was, received, On February 23 & 20, 2017.

(4)

That order was included in the first record sent to Teer on March 20th, 2017, which, led, to, collateral, of, cause, after, she and Darnell, had, already conspired, she wasn't going to send, DUNN, "DIRECT COLLATERAL EVIDENCE", against, her, boss and counterpart. After concern rose due to the numerity of constitutional intrusions, PLAINTIFF, decided, to, purchase the documents, thinking there would be no problems, however, he was wrong, and, again, he, was, faced, with, another, conspirator, of, Darnell, Sara L. Smith, who, chose, to, deliberately, make incorrect business transaction, between, Dunn, and, the, COURTS. She sent Dunn the direct opposite documents than those specified by date and title and itemization, in, the, "Letter", for, "Request of Purchase", that, included, "Withdrawl-Form", with, correct, payment, for, complete coverage, of, purchase, which, was, 8.00, On March 1st, 2017. I recieved the incorrect documents, on, April 22nd, 2022, however, upon notice of incorrectness, I, promptly, made, information, to, Smith, of, dissatisfaction of purchase, on, April 24th, 2022, and, she still didn't send correct documents or copies. Moreover, again, on, June 16th, 2022, DUNN, sent, another, "letter", with, "Withdrawl-Form", with, correct payment, of, 5.00, for, just those two documents or copies, hoping, it, would be a successful purchase, but, he has, yet, to, hear, from, this person or the courts concerning the second attempt to purchase, approximately a year latter, because, this, is, "direct collateral evidence", which, happens, to be, the, "MOTION", of, May 22nd, 2017, and, the, "Denial Order", of, May 25th, 2017. These documents or copies and these letters explained are in the office, of, Sara L. Smith, and, if, she would claim, they, are not, at, the appropriate time, Beto Unit, Mailroom Supervisor, and, her records or files, can, be, called legally for testimony. Both attempts, to, purchase, took place from, their, "Legal Mail System", "Withdrawl-Forms", being, paid to, first, Sucsy, although she was relieved by Smith, in, the amount, of, 8.00 for 5 items, but, then, to, Smith, in, the amount, of, 5.00 for 2 items, still, without, RECEIPT, of, documents or copies. BAD CAUSE, existing, in, their plan of conspiracy. Furthurevenmore, Eastham Mailroom Supervisor, and, her records or files, can be legally called for testimony, to whom which, that, persons testimony would consist of the facts that on May 22nd, 2017, DUNN, filed, motion, in a timely matter, per "mailbox" rule, and, it, was, mailed that day, through, "Eastham legal Mail System", and, then, finally, so to, can, Inmate Trust Fund Supervisor, and, her records and files, be, called for testimony, consistent, with, account withdrawls of both 8.00 and then 5.00, both, to the, Lubbock County Courthouse, District Clerk, Barbara Sucsy and then Sara L. Smith, P.O. Box 10536, Lubbock, Tx 79408. DUNN, does, have, in his possession, "Reprinted Receipt", that details, Receipt No. DC-2022-03192", "Transaction Date 4/11/2022", and, "Payment Total 8.00", and, copies of letters, one, to which was file marked for record on "April 11th, 2022 at 9:15 AM", and, second letter, of, April 24th, 2022, which is,

(4)

a true and correct copy of the original, they should also be correctly filed, on record, in the office, of, the clerk. Its clear, Darnell, Sucsy and Smith are all active and in concert of conspiracy, against, Dunn, and, they, have, all, communicated together, or, in groups of two, between, May 22ND, 2017 and May 28TH, 2017, and, then again, On a date before 6/17/22, but then, probably, again, On 6/17/22, as well as, on the other dates specified, to, keep, judgement creditor, from, "recievable accounts", in, the, TRUST, of, THE COURTS, including, his, CONSTITUTIONAL ENTITLEMENTS, as, expressed, by, TCCA. Payment is "Due", and, the interest of equity is to be recieved by accounting profits in shares individually, any, dispute to these facts, is, brought solely for the purpose of delaying these proceedings and, thus, is, subject, to, sanctions, where applicable. Multiple, sets of facts, exist, and, they are true, and, can be proven as a preponderance of the evidence, which, in, every, aspect detailed and specified, are, parts, of, "official records" "discoverable", through, procedure under this Federal Question Jurisdiction. PLAINTIFF, has no duty to present evidence upon filing complaint, he, must only, plead a short and plain statement of the grounds for jurisdiction, state the claims entitling him to relief and make a demand for the relief sought, he, has done so, and, furthermore, the complaint, permitts, the trial court to determine that "the factual allegations" puncture the conclusion balloon in which they first lodged and should be dealt with effaciously.

## V. BELATED CLAIMS:

1. ~~⬛⬛⬛~~ Disobedience of writ of Habeas Corpus.
2. Obstruction of Justice.
3. Official Misconduct.
4. Want of Subject Matter Jurisdiction.
5. Miscarriage of Justice.
6. Official Oppression.
7. Insufficient Process.
8. Civil Contempt.
9. Fraud, Fraudulent Conveyance and Constructive Fraud
10. Conspiracy.
11. Breach of Security.
12. Breach of Contract.
13. Bias.
14. Defamation of United States Constitution.
    a. Due Process
    b. Access to Courts
    c. Redress of Grievances
15. Illegal Restraint.
16. Defamation of Civil Right.
17. Collateral Estoppel.
18. Unjust Enrichment.
19. Wrongful Appropriation of Real Estate Interest.
20. Breach of Duty.
21. Trespass of Title.
22. Trespass to try Title.
23. Equitable Title.
24. Equitable Assignment.

C. Has any court ever warned or notified you that sanctions could be imposed?  ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): Northern, Lubbock
2. Case number: N/A
3. Approximate date warning was issued: Sep. 19TH, 2016 "if, I, recall, correctly."

Executed on: 6/16/23
            DATE

_____
(Signature of Plainti )

## PLAINTIFF'S DECLARATIONS AND PRAYER (attached p.5) / SERVICE

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  16TH  day of  June  , 20 _____ .
            (Day)              (month)            (year)

_____
(Signature of Plainti )

**WARNING: Plainti is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

5

## PLAINTIFF'S PRAYER

Wherefore, all, PREMISES, being, considered, the, PLAINTIFF, PRAYS, that, ALL, forms, of, Equitable, Relief, be, GRANTED, Forthwith, that, need not be, tried, before, a jury, but, that, the issues, that, GRANT, leave, to be, tried, before, a jury, be, done so, in, a timely matter, furthermore, that, in, the event, of, necessariness, DISCOVERY, be, GRANTED, as well as, ALL, RELIEF, specified, in, complaint, by, TITLE or INFERENCE, discernable, or, listed, in "VI. RELIEF," by, YOUR HONOR, as, PROMISED, in, a, full and fair, representation, of, EQUITY and JUSTICE.

SO PRAYED.

## CERTIFICATE of SERVICE

I, hereby, certify, that, I'm filing, this, "Motion for Preliminary Injunction / Temporary Restraining Order and Affidavit," the, "Complaint", and, the "Application to Proceed, In Forma Pauperis", with, "Demands", with, the, Clerk, United States District Court, Northern District of Texas, 1205 TEXAS AVE., Room 209, Lubbock, TX 79401, to be, filed electronically, with, reciept, of, "courtesy copy", please! Documents are being filed from, Polunsky Unit, 3872 FM 350 SOUTH, Livingston, TX 77351, through, its, "Legal Mail System".

Executed on this the 16TH day of June 2023.

*Edrick Dunn*
EDRICK DUNN

(9)

## NOTICE
## INMATE NOTARY PUBLIC SERVICE

Under both Federal law (28 U.S.C § 1746) and State law (V.T.C.A. Civil Practice & Remedies Code, §132.001-132.003), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, certification, oath, or affidavit sworn before a Notary Public.

In a request for Notary Public service, each inmate must explain why an Unsworn Declaration is insufficient before Notary Public service will be provided.

*************************************************************************

*An example of an unsworn declaration pursuant to State law is as follows:*

"My name is **Edrck** (First) **Samy** (Middle) **Duuh** (Last) my date of birth is **11/18/1985**,

and my inmate identifying number, is **1846519**. I am presently incarcerated in

**Polunsky** (Corrections unit name) in **Livingston** (City)

**TX** (State) **77351** (Zip Code). I declare under penalty of

(County)

perjury that the foregoing is true and correct.

Executed on the **16th** day of **June**, 20**23**. _____ "
                                                    (Inmate Signature)

*************************************************************************

*An example of an unsworn declaration pursuant to Federal law is as follows:*

I _____ (insert inmate name and TDCJ number), being presently incarcerated in _____ (insert TDCJ unit name), in _____ County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on the ____ day of _____, 20___. _____ "
                                                 (Inmate Signature)

*************************************************************************

## NOTICE
## NOTARY PUBLIC SERVICE DENIAL

Regarding your request for Notary Public service, insufficient justification was provided necessitating Notary Public service. However, you may proceed with an Unsworn Declaration.

_____        _____
(Signature - Notary)                                    (Date)

ATC-060                                                                  03/2021






Edrick Samor Dunn # 1896519
Polunsky Unit
3872 FM 350 South
Livingston, Tx 77351

RECEIVED
JUL - 5 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Office of the Clerk
Northern District of Texas
1205 Texas Ave., Room 209
Lubbock, Tx 79401

LEGAL:

1. Suit, 42 U.S.C. 1983
   and
   42 U.S.C. 1985§3

   Edrick Samor Dunn
   v.
   Darnell, Sucsy and Smith

2. Motion for Preliminary Injunction, Temporary Restraining Order and Affidavit

3. App. In Forma Pauperis

4. Demands