UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

EDRICK JAMAR DUNN,
Institutional ID No. 01896519

        Plaintiff,

v.

JIM BOB DARNELL, *et al.*,

        Defendants.

No. 5:23-CV-00140-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed without prejudice under 28 U.S.C. § 1915(g).

Dated July 14, 2023.

                                                 _____
                                                 JAMES WESLEY HENDRIX
                                                 United States District Judge